THE ESTATE OF CARMINE DE FAZIO, RESPONDENT, v. THE GOLDSCHMIDT DETINNING COMPANY, APPELLANT.

Submitted April 28, 1914—Decided May 13, 1915.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"This writ was allowed to review an order by Middlesex Pleas, awarding compensation under Employers' Liability act. De Fazio was in the service of the defendant. He was found dead lying under a train of cars, with a hole, about six inches in diameter, in his abdomen. There is no proof of the accident.

Two points are raised, *first*, that the circumstances do not show that it was an accident; *second*, that the injury did not arise out of and in the course of his employment. As to the first, we think that a *prima facie* case of accident was shown. There is nothing from which self-destruction can be inferred, and the size of the wound indicates that the injury was caused by some unusual happening. As to the second point, it seems that the deceased had gone to his foreman in search of material and while on this trip was injured. We have no doubt that under these conditions he was in the course of his employment. There is no proof that he was on the cars, or doing anything that increased the hazard of his work. Affirmed."

For the appellant, *Richard F. Jones.*

For the respondent, *Charles T. Cowenhoven.*

Per Curiam.

The judgment under review will be affirmed, for the reasons set forth in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, JJ.    12.

*For reversal*—None.